No. 997. ATLANTIC & GULF STEVEDORES, INC., v. AMERICAN EXPORT LINES, INC. C. A. 4th Cir. Certiorari denied. *William B. Eley* for petitioner. *John W. Winston* for respondent.

No. 1007. LUOMOLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris J. Kaplan* for petitioner. *Solicitor General Cox* for the United States.

No. 980. FLIGHT ENGINEERS' INTERNATIONAL ASSOCIATION, EAL CHAPTER, AFL–CIO, v. EASTERN AIR LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *I. J. Gromfine* and *Herman Sternstein* for petitioner. *Burton A. Zorn, George G. Gallantz, William Roth* and *W. Glen Harlan* for Eastern Air Lines, Inc., and *Samuel J. Cohen* for Air Line Pilots Assn., respondents.

No. 986. ZAMBITO v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Gilbert S. Bachmann* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 144, Misc. JACKSON v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, *Eugene Krasicky,* former Solicitor General, *Robert A. Derengoski,* Solicitor General, and *George Mason* and *Donald T. Kane,* Assistant Attorneys General, for respondent.